```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

NEXSTAR MEDIA INC.,

            Plaintiff,

  - against -

COMCAST CABLE COMMUNICATIONS, LLC,

            Defendant.

------------------------------------------------

21-cv-6860 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to attend a pre-motion conference on **September 8, 2021 at 4:00 p.m.** The parties may use the following dial-in to access the conference: 888-363-4749, with access code 8140049.

The Clerk is directed to close Docket No. 13.

**SO ORDERED.**

Dated:    New York, New York
            August 23, 2021

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                             United States District Judge