UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXSTAR MEDIA INC., <br><br> Plaintiff, <br> v. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, <br><br> Defendant. | Case No.: 1:21-cv-06860-JGK <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT COMCAST CABLE COMMUNICATIONS, LLC'S
NOTICE OF MOTION TO STAY OR DISMISS THE COMPLAINT**

Paul Spagnoletti
Dana M. Seshens
Craig J. Bergman
Alexa B. Lutchen

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4695
Fax: (212) 701-5800

*Attorneys for Defendant Comcast Cable Communications, LLC*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Michael Nissenblatt, and Exhibit 1 attached thereto, Defendant Comcast Cable Communications, LLC will move this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, for an order staying the above-captioned action or, in the alternative, dismissing the complaint without prejudice under Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
September 22, 2021

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Dana M. Seshens
Paul Spagnoletti
Dana M. Seshens
Craig J. Bergman
Alexa B. Lutchen

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
paul.spagnoletti@davispolk.com
dana.seshens@davispolk.com
craig.bergman@davispolk.com
alexa.lutchen@davispolk.com

*Attorneys for Defendant Comcast Cable Communications, LLC*