UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEXSTAR MEDIA INC.,

                Plaintiff,          21-cv-6860 (JGK)

    - against -                ORDER

COMCAST CABLE COMMUNICATIONS, LLC,
                Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons explained at the teleconference held on May 2, 2022, the defendant's motion to dismiss or to stay the case is **denied**. The Clerk is directed to close Docket Nos. 18 and 23.

Comcast Cable Communications, LLC will answer by **May 20, 2022**. The parties should file a Rule 26(f) report by **June 3, 2022**. If the answer includes counterclaims or claims against a third-party defendant, the parties may submit a letter to the Court requesting an extension of the time to file a Rule 26(f) report.

SO ORDERED.
Dated:    New York, New York
          May 2, 2022

                                                John G. Koeltl
                                      United States District Judge