# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Mitchell A. Kamin

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759
mkamin@cov.com

**Via Electronic Filing**

June 16, 2022

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Nexstar Media Inc. v. Comcast Cable Communications, LLC*, No. 1:21-cv-06860 (JGK)**

Dear Judge Koeltl:

We represent Plaintiff and Counterclaim-Defendant Nexstar Media Inc. ("Nexstar") in the above-captioned action against Defendant, Counterclaim-Plaintiff, and Third-Party Plaintiff Comcast Cable Communication, LLC ("Comcast"). We write to seek leave to file under temporary seal Nexstar's Request for Pre-Motion Conference, per the request of Third-Party Defendant Mission Broadcasting, Inc. ("Mission").

Nexstar's Request contains information that this Court permanently sealed, per the behest of Mission, in connection with Comcast's Answer and Counterclaim and Third Party Complaint. *See* ECF Nos. 64 (Order Granting Motion to Seal), 52, (Third Party Complaint), 54 (Answer and Counterclaim). Mission has also represented to Nexstar and Comcast that Mission will be filing its own request for a pre-motion conference, and that Mission again plans to seek confidential treatment for information in its request that was sealed in connection with Comcast's Third Party Complaint.

Accordingly, Nexstar informed Mission and Comcast that Nexstar would redact information in Nexstar's Request that has been previously sealed by the Court, and would seek leave to file the unredacted version of the Request under temporary seal. Nexstar also informed Mission and Comcast that if either party intended to request confidential treatment of the information, that party would be required to file, within three days, a letter motion to seal. Nexstar does not intend to seek to maintain any of the information in its Request under seal.

Pursuant to this Court's Individual Practices, we are contemporaneously submitting an unredacted version of the Request filed under seal, as well as a proposed public version that reflects redactions consistent with the Court's prior orders sealing information in this case. We

APPLICATION GRANTED
SO ORDERED

6/17/22

John G. Koeltl, U.S.D.J.

**COVINGTON**

Hon. John G. Koeltl
June 16, 2022
Page 2

are also available to provide any information that may aid the Court in its determination of this matter.

Respectfully submitted,

/s/ Mitchell A. Kamin
Mitchell A. Kamin, Esq.

cc:   Counsel of Record (via ECF)