Stephen J. Obermeier
202.719.7465
sobermeier@wiley.law

# wiley

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

June 16, 2022

**VIA ECF FILING**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Comcast Cable Commc'ns, LLC v. Mission Broadcasting, Inc.*, Case No. 1:21-cv-06860

Dear Judge Koeltl:

Pursuant to Rule VI.A.2 of Your Honor's Individual Practices, Third-Party Defendant Mission Broadcasting, Inc. ("Mission") respectfully seeks leave to file a pre-motion letter under seal.

On May 24, 2022, this Court entered an Order permanently sealing portions of Third-Party Plaintiff Comcast Cable Communications, LLC's ("Comcast") Third-Party Complaint that contain references to, and verbatim quotations from, a confidential Retransmission Consent Agreement between Mission and Comcast. *See* ECF No. 64. Mission's pre-motion letter, which seeks leave to dismiss Comcast's Third-Party Complaint, references and quotes from several of those now-permanently-sealed allegations.

Consistent with the Court's Order, Mission has redacted portions of its pre-motion letter that correspond with the information that has been permanently sealed, and will file only the redacted version of its pre-motion letter on the public docket. Mission thus hereby requests leave to file its unredacted pre-motion letter under seal.

Mission has notified all counsel of record of its proposal. Counsel for Nexstar and Comcast consent to Mission's proposed approach, and have not requested an advance opportunity to review Mission's proposed redactions. Accordingly, pursuant to Rule VI.A.2 of Your Honor's Individual Practices, Mission is contemporaneously submitting a redacted version of its pre-motion letter on the public docket, as well as an unredacted version of its pre-motion letter under seal.

We are available to provide any further information that may aid the Court in its determination of this matter.

APPLICATION GRANTED
SO ORDERED

6/17/22   *[signature]*
John G. Koeltl, U.S.D.J.

June 16, 2022
Page 2

Respectfully submitted,

*/s/ Stephen Obermeier*
Stephen J. Obermeier (*pro hac vice*)

*Counsel for Mission Broadcasting, Inc.*

cc:   All counsel of record (via ECF)