UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEXSTAR MEDIA INC.,
                Plaintiff,           21-cv-6860 (JGK)

    - against -               ORDER

COMCAST CABLE COMMUNICATIONS, LLC,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    Plaintiff Nexstar may file a motion to dismiss the counterclaim of defendant Comcast Cable Communications, LLC ("Comcast"), and Third-Party Defendant Mission Broadcasting may move to dismiss the Third-Party Complaint filed by Comcast. No pre-motion conference is needed for either motion. Papers in support of the motions must be filed by **July 8, 2022**. Papers in response must be filed by **July 29, 2022**. Reply papers must be filed by **August 12, 2022**.

SO ORDERED.
Dated:    New York, New York
           June 17, 2022

                                    John G. Koeltl
                               United States District Judge