Stephen J. Obermeier
202.719.7465
sobermeier@wiley.law

# wiley

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

July 8, 2022

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
7/11/22

**VIA ECF FILING**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Comcast Cable Commc'ns, LLC v. Mission Broadcasting, Inc.*, Case No. 1:21-cv-06860

Dear Judge Koeltl:

Pursuant to Rule VI.A.2 of Your Honor's Individual Practices, Third-Party Defendant Mission Broadcasting, Inc. ("Mission") respectfully seeks leave to file its Memorandum in of Law in Support of Mission Broadcasting, Inc.'s Motion to Dismiss the Third-Party Complaint ("Mission's Brief") and the exhibits to the Declaration of Stephen J. Obermeier (the "Exhibits") under seal.

On May 24, 2022, this Court entered an Order permanently sealing portions of Third-Party Plaintiff Comcast Cable Communications, LLC's ("Comcast") Third-Party Complaint that contain references to, and verbatim quotations from, a confidential Retransmission Consent Agreement between Mission and Comcast ("Mission-Comcast RCA"). *See* ECF No. 64. On June 17, 2022, and June 22, 2022, the Court granted Mission's subsequent motions to seal filings with additional references to and quotes from those now-permanently sealed allegations.

Consistent with the Court's Orders, Mission has redacted portions of Mission's Brief and the Exhibits that correspond with the information that has been permanently sealed, and will file only the redacted version of these materials on the public docket. Mission thus hereby requests leave to file the unredacted Mission's Brief and Exhibits under seal.

Mission seeks permanent seal of the redacted references to and quotations of the Mission-Comcast RCA and associated correspondence in Mission's Brief and Exhibits. Mission's Brief and Exhibits also contains other information that this Court permanently sealed, at the request of Nexstar Media Inc. ("Nexstar"), in connection with the Answer and Counterclaim and Third-Party Complaint. Nexstar has a filed a motion to dismiss Comcast's counterclaim (ECF No. 91), and Nexstar has sought confidential treatment for information in its motion that was sealed in connection with Comcast's Answer and Counterclaim, its Third-Party Complaint, and the parties' recent letter-motions (ECF No. 90). Regarding the Nexstar-specific material that has been redacted in Mission's Brief and Exhibits, Mission seeks temporary seal.

July 8, 2022
Page 2

      Mission has notified all counsel of record of its proposal. The parties have also conferred about these matters, and are all aware that if any party intends to request confidential treatment of the information, that party would be required to file, within three days, a letter motion to seal. Counsel for Nexstar and Comcast consent to Mission's proposed approach, and have not requested an advance opportunity to review Mission's proposed redactions. Accordingly, pursuant to Rule VI.A.2 of Your Honor's Individual Practices, Mission is contemporaneously submitting redacted versions of Mission's Brief and Exhibits on the public docket, as well as unredacted versions of Mission's Brief and Exhibits under seal.

      We are available to provide any further information that may aid the Court in its determination of this matter.

Respectfully submitted,


*/s/ Stephen Obermeier*
Stephen J. Obermeier (*pro hac vice*)

*Counsel for Mission Broadcasting, Inc.*


cc:    All counsel of record (via ECF)