**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
8/1/22
John G. Koeltl, U.S.D.J.

July 29, 2022

Re: *Nexstar Media Inc. v. Comcast Cable Communications, LLC*, No. 1:21-cv-06860-JGK

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl:

We represent Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Comcast Cable Communications, LLC ("Comcast") in the above-referenced action. Pursuant to Rule VI.A.2 of Your Honor's Individual Practices, we write to request permission to file under temporary seal certain documents submitted herewith: (i) an unredacted version of Comcast's Omnibus Memorandum of Law in Opposition ("Opposition") to the motions of Plaintiff and Counterclaim Defendant Nexstar Media Inc. ("Nexstar") and Third-Party Defendant Mission Broadcasting, Inc. ("Mission") to dismiss Comcast's Counterclaim and Third-Party Complaint; and (ii) Exhibits 1 through 8 to the Declaration of Dana M. Seshens in Support of Comcast's Opposition ("Declaration Exhibits").

Comcast's Opposition and Declaration Exhibits refer to or reflect certain information that has previously been sealed in this case, such as specific provisions of the relevant contracts and the parties' pre-litigation correspondence. Comcast itself does not currently seek permanent confidential treatment of such information. But Comcast requests that the Opposition and Declaration Exhibits be filed under temporary seal (and with certain redactions made to the publicly filed version of the Opposition consistent with previous sealing requests) to afford Nexstar and Mission the opportunity to file any application(s) for permanent sealing and/or redaction should they choose to do so. Comcast has informed counsel for Nexstar and Mission of its intention to submit this letter-request, and, pursuant to Rule VI.A.2, has notified the same of their obligation to file any letter(s) requesting permanent sealing and/or redaction within three days of Comcast's instant filing. Counsel has advised that neither Nexstar nor Mission objects to Comcast's request.

As required by Rule VI.A.2, Comcast submits herewith: (i) an unredacted copy of the Opposition, which, if Comcast's application were granted, would be placed under temporary seal; (ii) a proposed public version of the Opposition; and (iii) the Declaration Exhibits, which, if Comcast's application were granted, would be placed under temporary seal.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Dana M. Seshens

Dana M. Seshens

cc:   All counsel of record (via ECF)