UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nexstar Media Inc.,

                Plaintiff,

-against-

Comcast Cable Communications, LLC,

                Defendant.

1:21-cv-06860 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. The Court finds that Comcast's document requests at issue in the pending Letter Motions (*see* ECF Nos. 138 to 141), *i.e.*, RFPs 2 to 4, 7 and 15 to 21 to Nexstar, and RFPs 3, 4, 8, 9 and 16 to Mission, seek documents that are relevant to Comcast's claims (including its counterclaim and third-party claim) and defenses. However, certain of these document requests, as written (*i.e.*, seeking "all documents and communications") are overbroad; specifically, RFPs 4, 7, 15 to 17, 20 and 21 to Nexstar, and RFPs 8 and 9 to Mission. As set forth below, the parties shall meet and confer in order to appropriately narrow the scope of the overbroad requests.

2. The parties promptly shall meet and confer regarding the search terms that each party shall use, the custodians each party shall search, the date ranges for the searches and any other essential details about the search methodology they shall implement for the production of electronically stored information.

3. In addition, the parties shall meet and confer in a good faith effort to ensure that the burden on the responding parties is proportional to the needs of the case.

4. No later than October 20, 2022, the parties shall file a joint letter regarding the status of the foregoing.

5. The Clerk of Court is respectfully requested to terminate the Letter Motions at ECF Nos. 138 to 141.

**SO ORDERED.**

Dated:  New York, New York
October 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge