# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Lindsey Barnhart

Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
T  +1 650 632 4706
lbarnhart@cov.com

**Via ECF**                                                                                              October 31, 2022

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:  *Nexstar Media Inc. v. Comcast Cable Communications, LLC*,**
            **Case No. 1:21-cv-06860-JGK-SDA**

Dear Judge Koeltl:

      We represent Plaintiff and Counterclaim-Defendant Nexstar Media Inc. ("Nexstar") in the above-referenced action against Defendant, Counterclaim-Plaintiff, and Third-Party Plaintiff Comcast Cable Communications, LLC ("Comcast"). On October 20, 2022, Nexstar filed Federal Rule of Civil Procedure 72 Objections to the October 6, 2022 Order Granting Comcast's Motion to Compel (the "Objections"). ECF No. 158. Comcast subsequently filed its Opposition to Nexstar's Objections on October 28, 2022. ECF No. 164.

      Unless the Court instructs otherwise, Nexstar intends to submit a reply brief in support of its Objections on or before November 4, 2022. Nexstar has conferred with counsel for Comcast, and Comcast does not object to this schedule.

      Thank you for your time and consideration of this matter.

                                                          Respectfully submitted,

                                                           */s/ Lindsey Barnhart*

                                                           Lindsey Barnhart

cc:      Counsel of Record (via ECF)