UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEXSTAR MEDIA INC.,

               Plaintiff,

  - against -

COMCAST CABLE COMMUNICATIONS, LLC,

               Defendant.

21-cv-6860 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    Nexstar Media Inc. is directed to submit unredacted courtesy copies of all papers filed in connection with the fully briefed Rule 72 objections to the October 6, 2022 Order of the Magistrate Judge. See ECF No. 158.

SO ORDERED.

Dated:    New York, New York
            November 7, 2022

                                          John G. Koeltl
                                 United States District Judge