**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022
```

November 4, 2022

Re: *Nexstar Media Inc. v. Comcast Cable Communications, LLC*, No. 1:21-cv-06860-JGK-SDA

**VIA ECF**

The Honorable John G. Koeltl
The Honorable Stewart D. Aaron
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl and Judge Aaron:

We represent Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Comcast Cable Communications, LLC ("Comcast") in the above-referenced action. Pursuant to Rule VI.A.2. of Judge Koeltl's Individual Practices and Rule III.E. of Judge Aaron's Individual Practices, we write to request permission to file under seal (i) a letter (the "Letter") advising the Court of a development in the Federal Communications Commission's ("FCC") consideration of Comcast's Petition for Declaratory Ruling, dated July 1, 2021 ("FCC Petition") and (ii) a copy of the underlying communication (the "Matter Correspondence").

Both the Letter and the Matter Correspondence comprise or describe confidential communications with a federal regulator in connection with an agency proceeding. Courts in this District generally have recognized that "communications with regulators" concerning such matters warrant sealing. *See, e.g.*, *Hanks v. Lincoln Life & Annuity Co. of N.Y.*, 16-cv-6399, 2019 WL 1146377, at *2 (S.D.N.Y. Mar. 13, 2019) (granting motion to seal and redact communications with state regulators).

As required by Your Honors' respective above-referenced rules, Comcast submits herewith unredacted copies of the Letter and the Matter Correspondence, which, if Comcast's application were granted, would be maintained under permanent seal.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Dana M. Seshens*

Dana M. Seshens

cc:     All counsel of record (via ECF)

> Request GRANTED. The proposed sealing requests are narrowly tailored to prevent unauthorized dissemination of sensitive business information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). SO ORDERED.
> Dated: November 7, 2022